## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELENE REGEN and SAMUEL FRESHMAN, | ) ) ) ) |
| Plaintiffs, | ) ) C.A. No. 04-CV-869 (KAJ) |
| v. | ) ) ) |
| IGAMES ENTERTAINMENT, INC., AVAILABLE MONEY, INC., and CHRISTOPHER M. WOLFINGTON, | ) JURY TRIAL DEMANDED ) ) ) |
| Defendants. | ) ) |

**TO:**

David L. Finger, Esquire
Finger & Slanina LLC
1201 Orange Street
Suite 725
Wilmington, DE 19801-1155

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, Defendants iGames Entertainment, Inc., Available Money, Inc., and Christopher M. Wolfington will take the deposition upon oral examination before an officer authorized by law to administer oaths of **Helene Regen** on **April 13, 2005** at 9:00 a.m. at the offices of Duane Morris LLP, 1100 North Market Street, Suite 1200, Wilmington, Delaware 19801.

Testimony of the deponent shall be recorded by stenographic means and/or by videotape. The depositions will continue from day to day until completed. You are invited to attend and participate.

| | |
|---|---|
| DATED:   March 10, 2005 | **DUANE MORRIS LLP** |
| | /s/ Thomas P. McGonigle<br>Thomas P. McGonigle (Del. I.D. No. 3162)<br>Matt Neiderman (Del. I.D. No. 4018)<br>1100 North Market Street, 12th Floor<br>Wilmington, Delaware  19801<br>302.657.4900 |
| **OF COUNSEL:** | |
| **DUANE MORRIS LLP**<br>Matthew A. Taylor, Esquire<br>James L. Beausoleil, Jr., Esquire<br>One Liberty Place<br>Philadelphia, Pennsylvania 19103-7396<br>215.979.1000 | Attorneys for Defendants<br>iGames Entertainment, Inc., Available Money, Inc., and Christopher M. Wolfington |

WLM\206315.1