**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2005, I electronically filed the foregoing "Notice of Deposition" with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>David L. Finger, Esquire
>Finger & Slanina LLC
>1201 Orange Street
>Suite 725
>Wilmington, DE 19801-1155

>/s/ Thomas P. McGonigle (I.D. No. 3162)

WLM\206327.1