## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HELENE REGAN and SAMUEL FRESHMAN, | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 04-869-KAJ |
| iGAMES ENTERTAINMENT, INC., AVAILABLE MONEY, INC., and CHRISTOPHER M. WOLFINGTON, | : : : : | |
| Defendants. | : | |

## **ORDER**

At Wilmington this **22nd** day of **April, 2005**,

IT IS ORDERED that the mediation conference scheduled for Tuesday, April 26, 2005 beginning at 10:00 a.m. is canceled

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE