IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN REGEN and SAMUEL FRESHMAN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 04-869 KAJ |
| iGAMES ENTERTAINMENT, INC., ) | |
| a Nevada corporation, ) | |
| AVAILABLE MONEY, INC., ) | |
| a Nevada corporation, and ) | |
| CHRISTOPHER M. WOLFINGTON, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL**

It is stipulated by and between the parties hereto, through their undersigned counsel, that the above-captioned action is dismissed with prejudice, with each side to bear its own costs.

| | |
|---|---|
| /s/ David L. Finger | /s/ Thomas P. McGonigle |
| David L. Finger (DE Bar ID #2556) | Thomas P. McGonigle (DE Bar ID #3162) |
| Finger & Slanina, LLC | Duane Morris LLP |
| One Commerce Center | 1100 North Market Street, Suite 1200 |
| 1201 Orange Street, Suite 725 | Wilmington, DE 19801-1246 |
| Wilmington, DE 19801-1155 | (302) 657-4946 |
| (302) 884-6766 | Attorney for defendants |
| Attorney for plaintiffs | |

Dated: April 27, 2005