# Washington Mutual

## Confirmation of Domestic Wire Transfer Order

| Customer Information: | | Date: 01/09/2006 |
|---|---|---|
| Name: HELENE REGEN | | |
| Authorized Representative Name: | | |
| Address: | | |
| 23146 PARK SORRENTO | CALABASAS, CA 913021736 | |
| Fax Number: | Phone Number: (818) 222-6766 | |

**WIRE APPROVAL/CONFIRMATION AND FC/CBC INFORMATION:**

| Name: CALABASAS - PARKWAY | Phone Number: (818) 222-1011 |
|---|---|
| Address: | |
| 23703 CALABASAS RD | CALABASAS, CA 91302 |

| Fax/Phone Wire Request Confirmed with (Customer/AR/AIF): | | |
|---|---|---|
| Time: | Date: | FC/CBC Representative Name: |

Thank you for banking with Washington Mutual.

This serves as a confirmation for a Domestic Wire Transfer

Your account will be debited on:       01/09/2006

You must contact the Bank immediately at the center noted above if any information contained in this confirmation is inconsistent with your records.

| | |
|---|---|
| Beneficiary Bank: | COMMERCE BANK/PENNSYLVANIA, NA |
| Beneficiary Name: | MONEY CENTERS OF AMERICA, INC |
| Beneficiary Account Number: | ███████████ |
| Wire Amount: | $93,748.00 |
| | |
| By Order of: | HELENE REGEN |
| Amount Debited: | $93,778.00 |
| Fee: | $30.00 |
| | |
| Transaction Reference Number: | VB00015631243095 |
| | |
| Account number: | ███████████ |

Agent Name: NATHAN LORING

# Washington Mutual

**Domestic Wire Transfer Application**

## Customer/Authorized Representative (AR)

| Account number: | AR Name | AR Phone Number |
|---|---|---|

| Name | Phone Number | Country |
|---|---|---|
| HELENE REGEN | (818) 222-6766 | UNITED STATES OF AMERICA |

**Address/City State Zip**
23146 PARK SORRENTO      CALABASAS, CA 913021736

**ID of person requesting transaction:** ID1 cadl n5202517      Expiration Date: 02/23/2009
ID2 b of a visa      Expiration Date: 01/31/2008

| Wire Date | Close Account? ☐ Yes ☒ No | Available Balance |
|---|---|---|
| 01/09/2006 | | $170,183.76 |

## Domestic Wire Transfer

Transfer Amount: $93,748.00

Fee: $30.00

## Final Destination Bank (Beneficiary's Bank, Beneficiary)

| Routing Method: | Routing Number: |
|---|---|
| ABA | 036001808 |

**Final Bank Name:** COMMERCE BANK/PENNSYLVANIA, NA      **Attention Line:**

**Final Bank Street Address:**

**City:** Devon      **State:** PA
**Zip Code:** 19333      **Country:** UNITED STATES OF AMERICA

**Bank to Bank Information**

**Beneficiary Name:** MONEY CENTERS OF AMERICA, INC
**Pay Information:** Account #:

**Street Address:**

| City: | State: | Zip Code: | Country: |
|---|---|---|---|
| PHILADELPHIA | PA | | UNITED STATES OF AMERICA |

**Other Beneficiary Information:**

I authorize the Bank to transfer funds as shown on this Domestic Wire Transfer Application ("Application"). By signing below, I represent and warrant that if I am not making this Application on my own behalf or as an authorized signer on the above account that I have been identified as an Authorized Representative ("AR") and that I have been duly authorized by the Customer to make such Application. I acknowledge and agree that the information contained in this Application is accurate and complete and that this Application is made pursuant to and subject to the relevant Account Disclosures and Regulations and any addenda there to. If this Application is received after Bank's cutoff time for wire transfers, then it will be processed on the next business day.

Customer/Authorized Representative Signature      Date: 1-09-06

| Preparer Name | Employee # | Date | Time |
|---|---|---|---|
| NATHAN LORING | U102524 | 01/09/2006 | 16:06:23 |

| Approved By: | Employee # | Date | Time |
|---|---|---|---|
| | U102524 | 1/9/06 | 16:08 |

## FC/CBC Information

| Company | Type | Number | Name | Phone Number |
|---|---|---|---|---|
| 2 | FC | 1563 | CALABASAS - PARKWAY | (818) 222-1011 |

**Address:** 23703 CALABASAS RD      1563FCCA      CALABASAS, CA 91302

## Confirmation of Wire Room Call-Back

| Wire Room Representative Name: | Date of Call: | Time: | FC/CBC |
|---|---|---|---|