**Duane Morris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

JAMES L. BEAUSOLEIL, JR.
DIRECT DIAL: 215.979.1120
E-MAIL: JLBeausoleil@duanemorris.com

www.duanemorris.com

January 6, 2006

VIA FACSIMILE

Kevin C. Boyle, Esquire
Law Offices of Kevin C. Boyle
Suite 105
4766 Park Granada Boulevard
Calabasas, CA 91302

Re:   **Money Centers of America, Inc. and Howard Regen**

Dear Mr. Boyle:

This is to advise you that despite the representations made in your January 4, 2005 letter, Money Centers of America, Inc. ("MCA") has not received any money from Mr. Regen via wire or otherwise. This is not the first time your client has played this game and each time he does so, MCA incurs additional legal expenses which it fully intends to recover from Mr. Regen. In light of Mr. Regen's failure to make good on his most recent promise, we will not cancel the depositions scheduled by agreement for January 11, 2006. Please contact me immediately to make arrangements for the payment of our travel expenses and the court reporter expenses by Mr. Regen.

You have also requested that MCA return the life insurance policy based on your incorrect assumption that Mr. Regen's payment of outstanding fees would be made and that the late payment of the outstanding amounts would fulfill all of Mr. Regen's obligations to MCA. Neither assumption is correct.

MCA will not return the life insurance policy unless Mr. Regen immediately sends MCA the payments required by paragraphs 5(a), 5(b), 6(a) and 6(b) of the Settlement Agreement, interest on all amounts past due (including interest on the first payment from the date that the first payment was initially due), and reimburses MCA for its attorneys fees and legal expenses as is required by December 6, 2005 Order.[1]

You should be aware that the life insurance policy has a cash value of approximately two thousand six hundred dollars ($2600.00) at this time. The current quarterly payment of eleven

---

[1] This offer is made for settlement purposes only and may be withdrawn by MCA at its sole discretion at any time.

DUANE MORRIS LLP
30 SOUTH 17TH STREET    PHILADELPHIA, PA 19103-4196                    PHONE: 215.979.1000  FAX: 215.979.1020

DuaneMorris

Kevin C. Boyle, Esquire
January 6, 2006
Page 2

thousand seven hundred thirty six dollars and thirty five cents ($11,736.35) was due on December 25, 2005.  <u>If Mr. Regen or Mr. Freshman do not make the December 25, 2005 quarterly payment (thereby bringing the policy current) by January 13, 2006, with immediate and simultaneous written notice and proof of payment to MCA, MCA will surrender the policy for the remaining cash value on or before January 20, 2006 and use that money to offset amounts due MCA pursuant to paragraph 14 of the Settlement Agreement.[2]</u>

By copy of this letter to Mr. Finger, I respectfully request that he or you provide Mr. Freshman with a copy of this letter.  I understand that Mr. Freshman has a direct interest in the life insurance policy and may therefore want to pay the premium himself to preserve the policy.

Very truly yours,

James L. Beausoleil, Jr.

cc:   Jason P. Walsh, CPA
      David L. Finger, Esquire
      Matthew Neiderman, Esquire
      Shannon Sutherland, Esquire

---

[2] The payment should be made directly to Lincoln Benefit Life Company, Lincoln Benefit Life Drive, Lincoln, NE, 68506, Policy Number 01N1065432.  The phone number is 800-525-9287.