## JACK N. RODGERS CLU

78196 HOLLISTER DR.
PALM DESERT, CA. 92211
760-345-0028
FAX 760-345-5549

TO HOWARD REGEN :                  1-17-2006

DEAR HOWARD:

THIS IS TO NOTIFY YOU THAT I HAVE BEEN UNABLE TO GET ADDITIONAL LIFE INSURANCE FOR YOU AT ANY PRICE

CONSEQUENTLY, THE PRESENT POLICY, EVEN THOUGH IT IS RATED, COULD NOT BE REPLACED FOR THE CURRENT PREMIUM AT THIS TIME.

AM SORRY THAT WE ARE UNABLE TO GET YOUR PRESENT CONTRAT REDUCED BUT AT THIS TIME NEW INSURANCE ON YOUR LIFE APPEARS OUT OF THE QUESTION.

SINCERLY,

*[signature: Jack N Rodgers]*

JACK N. RODGERS CLU



**U.S. FINANCIAL LIFE Insurance Co.**
A Member of THE MONY GROUP

513-686-2000
Fax: 513-686-2270
www.usfli.com

10290 Alliance Road
P.O. Box 429560
Cincinnati, Ohio 45242

10/01/03

HOWARD W REGEN
23146 PARK SORRENTO
CALABASAS CA 91302

Application#:0000284205
Applicant:HOWARD W REGEN

Dear MR. REGEN:

Thank you for your recent application for life insurance. Unfortunately, we are unable to offer you the life insurance coverage for which you applied at this time. Our decision is based on diabetes.

Should you have any further questions, please contact your agent.

We are sorry that we are unable to service your insurance needs. If our decision is based on the results of your recent exam, labwork or EKG we will furnish copies of those results to your physician upon receipt of a signed request from you stating his/her name and address.

Sincerely,

*[signature: Jason E. Combs]*

Jason E. Combs
New Business Case Manager

c:CPS/UNITED INSURANCE AGCY/ JACK RODGERS
   file

Protective Life Insurance Company
P.O. Box 830619
Birmingham, Alabama 35283-0619
(205) 879-9230



NOTICE OF ADVERSE UNDERWRITING DECISION

September 04, 2002

Jack Norman Rodgers
43-611 Port Maria Rd
Bermuda Dunes, CA 92201-1636

Howard W. Regen
23146 Park Sorrento
Calabasas, CA 91302

Re:  Howard W. Regen
     Policy No.: E00355829

Dear Mr. Regen:

In connection with your application for life insurance, we have found it necessary to decline your application.

You have the right to obtain the specific reason(s) for this decision by submitting a written request to the company. You have the right to know the specific items of information that support the reasons given for this decision and the identity of the source of that information. You also have the right to see and obtain copies of the documents relating to this decision. Any information of a medical nature will be made available to a medical professional designated by you who is licensed to provide care for the medical condition to which the information relates.

If you ask us to correct, amend or delete any information about you in our files and we refuse to do so, you have the right to give us a concise statement of what you believe is the correct information. We will put your statement in our file so that anyone reviewing your file will see it.

If you would like additional information concerning this action, please submit a written request to:

Underwriting Services
Protective Life Insurance Company
P.O. Box 830619
Birmingham, Alabama 35283-0619

Sincerely,

Jennifer Pickens
Underwriting / New Business
Individual Life Division

10.2.07.22.2002